Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Tampa Division

| | | |
|---|---|---|
| Eliot Zeke Ramsberger | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ✓Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| Jonathan Charles Avey | ) | |
| St. Petersburg Police Department | ) | |
| City of St. Petersburg | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.  Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Eliot Zeke Ramsberger |
| Address | 7433 Dartmouth Ave N |
| | St. Petersburg     FL     33710 |
| | *City*     *State*     *Zip Code* |
| County | United States |
| Telephone Number | (727) 542-1497 |
| E-Mail Address | eliotzeke@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jonathan Charles Avey |
| Job or Title *(if known)* | Police Officer (SPPD) |
| Address | 835 37th Ave NE |
| | Saint Petersburg     FL     33704 |
| | *City*     *State*     *Zip Code* |
| County | Pinellas |
| Telephone Number | (727) 522-6225 ,   (727) 244-6118 ,   (727) 893-7780 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | St. Petersburg Police Department |
| Job or Title *(if known)* | |
| Address | 1301 1st Ave N |
| | St. Petersburg     FL     33705 |
| | *City*     *State*     *Zip Code* |
| County | Pinellas |
| Telephone Number | (727) 893-7780 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name | City of St. Petersburg

Job or Title *(if known)*

Address | P.O. Box 2842

St. Petersburg | FL | 33731
*City* | *State* | *Zip Code*

County | Pinellas

Telephone Number | (727) 893-7111

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

*City* | *State* | *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Plantiff claims Fourth Ammendmant Rights have beeen violated by Defendants. Plantiff's Constitutional Rights were Violated through the Misuse, Abuse, and Use of Excessive Force by Jonathan Charles Avey and his Police K9, while operating under color of the law, in police uniform, and on duty with the St. Petersburg Police Department, and as an employee of the City of St. Petersburg.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Defendant Jonathan Charles Avey violated plaintiff's constitutional rights while operating and acting under color of local and state law, while on duty and in uniform, as an officer with the St. Petersburg Police Department and as an employee of the City of St. Petersburg.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The events occured near the intersection of Fouth Ave N and 59th St N in St. Petersburg, Florida.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Events giving rise to the Plantiff's claim occured on or about March 10th, 2023 at approximately 7pm.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Plantiff was confronted at a close range of approximately 20 yards distance by Defendant Jonathan Charles Avey and his Police K9.  Upon Plantiff's initial interaction with Defendant Jonathan C. Avey, Plantiff immediately placed both hands in the air and did not move.  Defendant Jonathan C. Avey immediately and simultaneously unleashed his police K9 and commanded the K9 to attack the Plantiff. Defendant decisively allowed his K9 to stay attached to the Plantiff's Body (Right Leg) for a duration of 55 seconds, effectivley ordering and orchestrating the K9 to eat the leg of the Plantiff, causing massive muscle and tissue loss, resulting in permanent physical disfigurment.  Though no resistance was offered by Plantiff, the Defendant proceeded, while acting under color of the law, knowingly and willfully violating the Plaintiff's Fourth Amendmant Constitutional Rights, by use of Excessive Force, including the Misuse and Abuse of Force. Defendant Jonathan Charles Avey further concealed his misconduct by creating false narratives in his official report, contrary to video evidence.  Defendant announced no verbal warnings of impending K9 release and attack, as viewable on video recording with audio.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries sustained related to the events alleged, inlude massive tissue and muscle loss to the Plantiff's Right Leg. Also a large surface area of visible scar tissue and missing muscle, resulting in the permanent mutilation and disfigurement of Plantiff's leg. Plantiff has lost many abilities and functions due to the extent of injuries sustained. Injuries sustained require reconstructive surgery to correct noticeable mutilation and disfigurement.  Plantiff has completed physical therapy treatment, acupuncture, and extensive treatments to reduce scarring, all with minimal benefit.  Plantiff is unable to enjoy activities previously enjoyed such as running, surfing, cycling, and snowboarding. Current state of injuries suffered have resulted in a vastly reduced quality of life for the Plantiff. Psycological effects sustained and suffered by the Plantiff include anxiety, depression.  Plantiff has been diagnosed and suffers from Post Traumatic Stress Disorder, as a result of the unnecessary and brutal attack causing mutilation of Plantiff's body. Plantiff's future earnings have been drastically reduced for the remainder of his lifetime and estimate includes future damages including lost income and financial inflation.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

(1) Plantiff request case to be set for trial.  (2) Plantiff request compensatory and punitive damages in an amount exceeding $100,000.00.  (3) Plantiff request damages in direct correlation to the abhorrently unnecessarily caused extensive physical injuries and mental anguish endured by the Plantiff, as a direct result of the Defendant's decisions and actions causing these injuries.  Considering the Plantiff's high level of suffering and duration of suffering endured until now, also considering a lifetime of expected ncontinued suffering of conditions and mutilation caused by Defendant.  The Plantiff has suffered tremendously as a direct result of the Defendant's decisions and actions while on duty, operating under color of law, in uniform, and working as a police officer for the St. Petersburg Police Department, and as an employee working for the City of St. Petersburg.  (3) Damages requested and considered satisfactory by Plantiff include Punitive and Compensatory in the amount of $5 million ($5,000,000 USD). (4) These damages include mutilation of Plantiff's Leg, including severe loss of functionality and abilities regarding use of the mutilated leg.  Emotional and mental suffering are also key factors when establishing a monetary amount in comparison to Plantiff's physical abilities prior to and in contrast to those physical abilities after incident occured.  Considering these damages and deformities to be permanent, the monetary amount must consider the Plantiff's ability to function and earn money with injuries sustained as a result of Defendant's actions, which will undoubtedly negatively impact future earning abilities for the remainder of Plantiff's life expectancy.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            March 10th, 2025

Signature of Plaintiff

Printed Name of Plaintiff      Eliot Zeke Ramsberger

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |

Telephone Number

E-mail Address

| Print | Save As... | Add Attachment | Reset |